**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Charles Barksdale, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10 C 2992 |
| | ) | |
| West Asset Management, Inc., a | ) | Judge Guzman |
| Delaware corproation, | ) | |
|     Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff, Charles Barksdale, having reached a settlement with the Defendant, hereby stipulates to the dismissal of this action with prejudice, each party to bear their own attorneys fees and costs.

Dated: June 21, 2010

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

The foregoing stipulation is hereby approved and this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____

                                        ENTERED:

                                        _____
                                        Judge Ronald A. Guzman,
                                        United States District Court

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2010, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following party via U.S. Mail, first class postage pre-paid, on June 21, 2010.

Greg Hogenmiller,
   Vice President & Deputy General Counsel
West Asset Management, Inc.
7171 Mercy Road
Suite 250
Omaha, Nebraska 68106


/s/ David J. Philipps

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com