**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Charles R Barksdale

                                 Plaintiff,

v.                                                       Case No.: 1:10–cv–02992
                                                         Honorable Ronald A. Guzman

West Asset Management, Inc.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 23, 2010:

      MINUTE entry before Honorable Ronald A. Guzman: Pursuant to parties stipulation to dismiss, this action is hereby dismissed with prejudice, each party will bear their own attorneys fees and costs. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.